**Dismissed and Opinion Filed June 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01417-CR

### KARIASA MACHELL THOMAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-58505-V**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Myers and Brown

On May 22, 2015, appellant filed a pro se motion to dismiss the appeal. A copy of the motion was sent to appellate counsel, who was directed to sign the copy if he concurred in appellant's decision and return it to the Court. Rather than signing the copy and returning it to the Court, on May 28, 2015, counsel filed a motion to withdraw as counsel, in which he states he conferred with appellant regarding her decision, and that he has confirmed appellant does desire to abandon her appeal. He attached a copy of appellant's statement that she understood the consequences of dismissing her appeal, and agreed to counsel's decision to withdraw. On May 29, 2015, appellant filed a second pro se motion to dismiss her appeal. We will read these

documents together to constitute a motion to dismiss the appeal under Texas Rule of Appellate

Procedure 42.2(a).

The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this

decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
141417F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KARIASA MACHELL THOMAS,
Appellant

No. 05-14-01417-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-58505-V.
Opinion delivered per curiam before Chief
Justice Wright and Justices Myers and
Brown.

      Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered June 16, 2015.